Case 06-72064   Doc 33   Filed 03/27/09   Entered 03/27/09 09:21:14   Desc Main
            Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIFFANY M. WALTON  
3210 E. STATE ST. #3  
ROCKFORD, IL  61108  

SSN-xxx-xx-7163

Case Number: 06-72064

Case filed on: 11/6/2006  
Plan Confirmed on: 3/28/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,687.50     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,137.29 | 1,137.29 | 0.00 | 0.00 |
|  | Total Priority | 1,137.29 | 1,137.29 | 0.00 | 0.00 |
| 999 | TIFFANY M. WALTON | 0.00 | 0.00 | 425.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 425.00 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 11,700.00 | 11,700.00 | 6,858.83 | 1,440.40 |
|  | Total Secured | 11,700.00 | 11,700.00 | 6,858.83 | 1,440.40 |
| 001 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,833.47 | 1,833.47 | 0.00 | 0.00 |
| 003 | AMERICASH LOANS LLC | 886.38 | 886.38 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CONSOLIDATED PUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MEPO INSURANCE PREMIUM FINANCING | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | OMNIUM WORLDWIDE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RIDDLE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | US BANK/RETAIL PAYMENT SOLUTIONS | 543.92 | 543.92 | 0.00 | 0.00 |
| 012 | WEST ASSET MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 404.61 | 404.61 | 0.00 | 0.00 |
| 014 | AMERICASH LOANS LLC | 497.86 | 497.86 | 0.00 | 0.00 |
|  | Total Unsecured | 4,166.24 | 4,166.24 | 0.00 | 0.00 |
|  | Grand Total: | 19,203.53 | 19,203.53 | 9,483.83 | 1,440.40 |

Total Paid Claimant:     $10,924.23  
Trustee Allowance:       $763.27  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_/s/ Lydia S. Meyer\_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan